BERTHA AUGENBRAUN, as Administratrix of the Estate of WILLIAM AUGENBRAUN, Deceased, Respondent, v. G & B DISTRIBUTORS et al., Appellants. (Action No. 1.) BERTHA AUGENBRAUN, as Administratrix of the Estate of WILLIAM AUGENBRAUN, Deceased, Respondent, v. G & B DISTRIBUTORS et al., Appellants. (Action No. 2.) — Order, entered on or about April 16, 1962, consolidating actions, unanimously reversed, on the law and the facts and motion to consolidate denied, with $20 costs and disbursements to the appellants. Respondent having started Action No. 1 for personal injuries to the deceased, moved to amend her complaint to include another cause of action for wrongful death. The application was denied with leave to renew upon submitting proof of causal connection between the accident and decedent's death. Instead of seeking to comply with the order or appealing from it, respondent sought to obviate its effect by starting Action No. 2. Consolidation would accomplish this purpose. The prior order may not be nullified by such tactics. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

BENJAMIN HIRSON, Appellant, v. BURTON L. SHAPIRO, Respondent.— Order, entered on July 28, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY WEBB. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ODOM. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

LUIS A. BORDONY, an Infant, by His Father, Luis BORDONY, et al., v. CITY OF NEW YORK et al.— Motion[s] to dismiss appeal granted, with $10 costs unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

SYLVIA NEEDLEMAN v. MANUFACTURERS HANOVER TRUST Co. et al.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached, with leave to appellant to renew application to prosecute the appeal on a typewritten record and printed briefs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

ESTHER JAMES v. ADAM C. POWELL, JR.— Motion to dismiss appeal granted on consent, without costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

REGINALD FINKLE v. CITY OF NEW YORK et al.— Motion[s] to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

EDWARD TAYLOR v. FAWCETT PUBLICATIONS, INC., et al.— Motion[s] to dismiss appeal granted. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.